UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| MTGLQ INVESTORS, LP | ) | No. 20-2000 |
| --- | --- | --- |
| | ) | (D.C. No. 1:17-CV-00487-KG-LF) |
| Plaintiff Counter Defendant | ) | (D. N.M.) |
| Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MONICA WELLINGTON, | ) | |
| Defendant Counterclaimant | ) | |
| Appellant, et al | ) | |
| | ) | |
| | ) | |

## APPELLANT'S MOTION FOR EXTENSION OF TIME

## TO FILE REHEARING PETITION

Pursuant to Rule 40(a)(1), appellant Monica Wellington moves the Court for an extension of time for filing a rehearing petition in this case until February 5, 2021. The Court's Order And Judgment were entered January 7, 2021, and sent to Wellington via postal mail, which was received January 12. The current due date for any rehearing petition is January 21, 2021. There have been no prior requests for any time extensions. Although a request was made for appellees' position on this motion, there was no response.

After reviewing the 23 page opinion (which obviously addressed numerous matters), Wellington has spotted conclusions made that conflict with other published case decisions, and core issues which were apparently overlooked, as they were not addressed. A change in either of these would necessarily result in a different decision. However, the

1

very short amount of time allowed for filing a rehearing petition (here only 9 days after receipt of the decision) is simply not enough to prepare a proper and thorough one.

Further, the issues in the case were several and complex, and the fact of the complexity is reflected in the 23-page length of the decision made. Because it covered numerous issues, it will take time to determine which ones should be included in the rehearing petition, and the argument to support each of them. Wellington is fairly certain that the rehearing petition can be completed by the February 5 date proposed.

Based on the foregoing, appellant requests a time extension until February 5, 2021 for filing the rehearing petition.

/s/ Monica Wellington  
Monica Wellington, Appellant  
2124 Altura Verde Lane  
Albuquerque, NM 87110

# CERTIFICATE OF SERVICE

It is hereby certified that on January 16, 2021 a copy of the foregoing was served on the below counsel by e-mail.

Weinstein & Riley, P.S.
Elizabeth V. Friedenstein
5801 Osuna Road N.E., Ste A-103
Albuquerque, NM 87109
elizabethf@w-legal.com
(Attorney for MTGLQ Investors, LP; Rushmore Loan Management Services, LLC; Weinstein & Riley, P.S.; and Elizabeth V. Friedenstein)

Gregory M. Sudbury
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201
ebunn@fbknlaw.com
(Attorney for JP Morgan Chase Bank, N.A.)

/s/ Monica L. Wellington



**PRIORITY MAIL 2-DAY®**
US POSTAGE PAID
$7.75
Retail
Origin: 87110
01/16/21
3401460110-17

EXPECTED DELIVERY DAY: 01/20/21

0 Lb 3.30 Oz
1006

SHIP TO:
Denver CO 80257

USPS TRACKING® NUMBER
9505 5130 0683 1016 5898 43

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

FROM:
WELLINGTON
2124 ALTURA VERDE
ALBUQ, NM 87110

TO:
BYRON WHITE U.S. COURT
1823 STOUT ST
DENVER, CO 80257